UNITED STATES COURT OF INTERNATIONAL TRADE               **FORM 9**

| | |
|---|---|
| NEO CHEMICALS & OXIDES, LLC <br><br><br> Plaintiff, <br><br> v. <br> THE UNITED STATES, <br><br> Defendant. | COURT NO. 21-00453 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, and described therein was purchased by the importer pursuant to a multi-tiered sales transaction, involving a manufacturer, a middleman, and the importer.

3. Upon liquidation of the entries, the imported merchandise was appraised by U.S. Customs and Border Protection under the transaction value method based on the prices the importer paid to the middleman at the values set forth on Schedule A (under the column "Entered Line Value").

4. Upon reliquidation of the entries, the imported merchandise will be appraised under the transaction value method based on the prices the middleman paid to the manufacturer at the values set forth on Schedule A (under the column "Stipulable Line Value / The 'First Sale' Value").

5. The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully Submitted,

SIDLEY AUSTIN, LLP
Attorneys for Plaintiff
1500 K Street NW
Washington, D.C. 20005
Tel: (202) 736-8000

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Michael E. Murphy

By: _____ 1/2/2025

    Michael E. Murphy
    Aaron M. Applebaum

    JUSTIN R. MILLER
    Attorney-In-Charge

MONICA TRIANA
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Suite 346
New York, New York 10278
Tel. No. 212-264-9230 or 9232
*Attorneys for Defendant*

2

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge

Date: _____

Encl.

3

## SCHEDULE A TO STIPULATED JUDGMENT

Center: Pharmaceuticals, Health and Chemicals Center of Excellence and Expertise.

| USCIT Court No. | Protest No. | Entry No. | Entry Summary Line Line No. | Tariff Classification | HTS Description | Entered Line Value | Stipulable Line Value / The "First Sale" Value |
|---|---|---|---|---|---|---|---|
| 21-00453 | 19102010053 | 799828898634 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $359,670.00 | $292,600.00 |
| 21-00453 | 19102010053 | 79983808426 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $33,360.00 | $23,970.00 |
| 21-00453 | 19102010053 | 79983808426 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $51,620.00 | $40,220.00 |
| 21-00453 | 19102010053 | 79983808426 | 3 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $95,600.00 | $72,320.00 |
| 21-00453 | 19102010053 | 79985861613 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $359,670.00 | $292,600.00 |
| 21-00453 | 19102010053 | 79985892212 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $423,890.00 | $303,620.00 |
| 21-00453 | 19102010060 | 79985874632 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $361,760.00 | $292,600.00 |
| 21-00453 | 19102010060 | 79987269930 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $423,890.00 | $303,620.00 |
| 21-00453 | 19102010064 | 79986115191 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $141,680.00 | $103,488.00 |
| 21-00453 | 19102010064 | 79986115191 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $74,760.00 | $58,050.00 |
| 21-00453 | 19102010064 | 79987511349 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $373,160.00 | $269,420.00 |
| 21-00453 | 19102010064 | 79987686406 | 1 | 2846100050 | CERIUM COMPOUNDS,OTHER | $82,400.00 | $60,000.00 |
| 21-00453 | 19102010064 | 79988817612 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $352,260.00 | $304,380.00 |
| 21-00453 | 19102010064 | 79989509135 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $352,260.00 | $304,380.00 |
| 21-00453 | 19102010064 | 79989529273 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $423,890.00 | $288,420.00 |
| 21-00453 | 19102010071 | 79990622984 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $422,370.00 | $288,420.00 |
| 21-00453 | 19102010071 | 79991701290 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $537,660.00 | $464,580.00 |
| 21-00453 | 19102010071 | 79993265831 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $844,740.00 | $576,840.00 |
| 21-00453 | 19102010071 | 79993481594 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $24,920.00 | $19,350.00 |
| 21-00453 | 19102010071 | 79993481594 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $611,820.00 | $528,660.00 |
| 21-00453 | 19102010071 | 79993885885 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $422,370.00 | $288,420.00 |
| 21-00453 | 19102010071 | 79994155775 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $410,590.00 | $269,420.00 |
| 21-00453 | 19102010071 | 79995274435 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $396,910.00 | $269,420.00 |
| 21-00453 | 19102010071 | 79997686743 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $7,105.00 | $4,495.00 |
| 21-00453 | 19102010071 | 79990627066 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $352,260.00 | $304,380.00 |
| 21-00453 | 19102010095 | 79913540405 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $788,880.00 | $567,720.00 |
| 21-00453 | 19102010095 | 79914442635 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $353,210.00 | $297,350.00 |
| 21-00453 | 19102010095 | 79914453053 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $91,975.00 | $54,535.00 |
| 21-00453 | 19102010095 | 79915341513 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $353,210.00 | $297,350.00 |
| 21-00453 | 19102010095 | 79919058113 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $396,910.00 | $262,010.00 |
| 21-00453 | 19102010112 | 79920754254 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $328,320.00 | $283,860.00 |
| 21-00453 | 19102110115 | 79930291552 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $315,590.00 | $298,110.00 |

| 21-00453 | 1910211100115 | 79930291552 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 22,120.00 | $ 18,990.00 |
| 21-00453 | 1910211100115 | 79930291552 | 3 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 22,120.00 | $ 18,990.00 |
| | | | | | | | |
| 21-00453 | 1910211100115 | 79933405365 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 331,000.00 | $ 313,800.00 |
| 21-00453 | 3901201221424 | 79925412627 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 383,000.00 | $ 275,800.00 |
| 21-00453 | 4101201201841 | 79994976253 | 1 | 2846100050 | CERIUM COMPOUNDS,OTHER | $ 82,400.00 | $ 60,000.00 |
| 21-00453 | 4101201201841 | 79995704977 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 49,840.00 | $ 38,700.00 |
| 21-00453 | 4101201201841 | 79995704977 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 148,320.00 | $ 128,160.00 |
| 21-00453 | 4101201201841 | 79998045808 | 1 | 2846908090 | RARE-EARTH METALS,OTH COMPOUND | $ 165,600.00 | $ 130,200.00 |
| 21-00453 | 4101201201952 | 79900274281 | 1 | 2846100050 | CERIUM COMPOUNDS,OTHER | $ 86,800.00 | $ 60,000.00 |
| 21-00453 | 4101201201952 | 79902616026 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 14,150.00 | $ 7,570.00 |
| 21-00453 | 4101201201952 | 79902616026 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 352,260.00 | $ 292,980.00 |
| 21-00453 | 4101201201952 | 79906833999 | 1 | 2846908070 | OTHER COMPOUND,OF LANTHANUM | $ 445,050.00 | $ 141,300.00 |
| 21-00453 | 4101201201952 | 79998286212 | 1 | 2846100050 | CERIUM COMPOUNDS,OTHER | $ 86,800.00 | $ 60,000.00 |
| 21-00453 | 4101201202133 | 79908927712 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 336,300.00 | $ 292,980.00 |
| 21-00453 | 4101201202133 | 79908927712 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 30,125.00 | $ 23,700.00 |
| 21-00453 | 4101201202133 | 79908894445 | 1 | 2846100050 | CERIUM COMPOUNDS,OTHER | $ 86,400.00 | $ 60,000.00 |
| 21-00453 | 4101201202133 | 79910809118 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 336,300.00 | $ 292,980.00 |
| 21-00453 | 4101201202133 | 79910809118 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 28,300.00 | $ 15,140.00 |
| 21-00453 | 5507211100044 | 79932323445 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 391,000.00 | $ 276,000.00 |
| 21-00453 | 5507211100044 | 79935440964 | 1 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 13,377.00 | $ 11,214.00 |
| 21-00453 | 5507211100044 | 79935440964 | 2 | 3815190000 | REACTION INIT;OTH SUPPRTD CATA | $ 331,600.00 | $ 313,800.00 |